GARY M. RESTAINO
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2022 JUN -1 PM 6:17
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01212 TUC-RM(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　Plaintiff,

vs.

John Osorio-Lopez,

　　　　　　Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. §§ 922(o) and 924(a)(2)
(Possession of Machineguns)
Count 1

26 U.S.C. §§ 5841, 5845(a)(6) and (b), 5861(d), and 5871
(Possession of Unregistered Firearms)
Counts 2 and 3

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 20, 2019, at or near Tucson, in the District of Arizona, Defendant JOHN OSORIO-LOPEZ did knowingly possess machineguns; that is, eight Glock conversion device machineguns.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2

On or about January 15, 2019, at or near Nogales, in the District of Arizona, Defendant JOHN OSORIO-LOPEZ knowingly received firearms as defined in Title 26, United States Code, Section 5845; that is, two Glock conversion device machineguns; not registered to JOHN OSORIO-LOPEZ in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(6) and (b), 5861(d), and 5871.

## COUNT 3

On or about February 4, 2019, at or near Nogales, in the District of Arizona, Defendant JOHN OSORIO-LOPEZ knowingly received firearms as defined in Title 26, United States Code, Section 5845; that is, fifteen Glock conversion device machineguns; not registered to JOHN OSORIO-LOPEZ in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(6) and (b), 5861(d), and 5871.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 1, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney